**2,645.**

JAMES H. CUMMINGS, Petitioner, v. CHARLES F. IRWIN (County Judge of El Dorado County), Respondent.

Practice.—New Trial in County Court. —New trials may be granted by the County Court in cases of appeal from the judgment of a Justice of the Peace, and it is the duty of the County Judge to settle a statement or motion for a new trial which has been duly filed and presented to him for settlement.

The facts of the case were agreed upon and submitted to this Court for adjudication.

Respondent is County Judge of El Dorado County. In January, 1870, one Gibenheim recovered judgment in a Justice's Court in said county against petitioner, for the sum of one hundred and eleven dollars.

Petitioner appealed to the County Court, where judgment was rendered in favor of Gibenheim for the sum of eighty dollars.

Petitioner filed and served a notice of motion for new trial in said action, and afterwards filed and served a statement on motion for new trial and moved the Court to settle the statement, which the Court refused to do, on the ground that it had no power to grant a new trial.

This action is brought to obtain a peremptory mandate, commanding the respondent to settle the statement.

*Geo. E. Williams,* for Petitioner.

The Practice Act in relation to new trials, applies to all Courts of record. (*People* v. *Rosborough,* 29 Cal. 415.)

*Geo. G. Blanchard*, for Respondent.

The County Court only has appellate jurisdiction in the case. (Const. Art. VI., Sections 8 and 9.

The County Court can only exercise such appellate jurisdiction and strictly follow the statute. (2 Hittell 5,556-7; 34 Cal. 321; 10 Id. 19.)

RHODES, C. J., delivered the opinion of the Court, WALLACE, J., CROCKETT, J., and TEMPLE, J., concurring:

In a case which has been tried anew in the County Court, upon an appeal from the judgment of a Justice of the Peace, on questions of fact, or of both law and fact, a new trial may be granted by the County Court. The provisions of the Practice Act, relating to new trials in the District Courts, are applicable to new trials in the County Courts. It is therefore the duty of the County Judge to settle a statement on motion for a new trial, which has been duly filed and presented to him for settlement.

Mandate ordered.

SPRAGUE, J., expressed no opinion.